# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, William E. | 2. Court or Organization<br><br>U.S. Court of Appeals, 5th Cir | 3. Date of Report<br><br>10/18/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

800 Lafayette St
Suite 5100
Lafayette, LA 70501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 10/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12-31-12 | Tanner Companies, Inc. (self-employed retail sales-women's clothing |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Center for American & International Law | 2/24/2012 | New Orleans, LA | Panel | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 10/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct.,Whitney Bank Lafayette, LA | A | Interest | J | T | | | | | |
| 2. 1/2 Interest-New Iberia,LA,office building & warehouse | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Vanguard Short Term Tax Exe (l/2 interest) | A | Interest | L | T | | | | | |
| 5. Marathon Pete Corp | A | Dividend | K | W | | | | | |
| 6. Livingston Parish | B | Interest | K | T | | | | | |
| 7. Vanguard Health Care Fund | A | Dividend | J | T | | | | | |
| 8. Vanguard Total Int'l Stock Fund Index | A | Dividend | J | T | | | | | |
| 9. Vanguard Money Mkt Fund | A | Interest | | | Merged (with line 39) | 10/15/12 | J | | |
| 10. Vanguard GNMA Fund | A | Dividend | M | T | Spinoff (from line 40) | 01/05/12 | J | | |
| 11. Vanguard Total Stock Mkt Fund (IRA) | D | Distribution | M | T | Sold (part) | 12/03/12 | J | | |
| 12. Vanguard Target Retirement 2010 | A | Dividend | J | T | | | | | |
| 13. Louisiana LOC Govt. Environment Bond | A | Int./Div. | K | T | | | | | |
| 14. Vernon Parish Bond | A | Interest | | | Matured | 03/01/12 | K | A | |
| 15. Entergy LA, LLC | A | Dividend | K | T | | | | | |
| 16. GECC Pines | A | Dividend | J | T | | | | | |
| 17. ESP Resources | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deutsche BK Cap Fund | A | Dividend | J | T | | | | | |
| 19. Duff Phelps DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 20. Eaton Vance Income Fund | B | Dividend | K | T | | | | | |
| 21. Citigroup Capital | B | Interest | K | T | | | | | |
| 22. General Electric Capital Corp. | A | Interest | K | T | Buy (add'l) | 03/28/12 | K | | |
| 23. Intel Corp. | A | Dividend | J | T | | | | | |
| 24. FD Regions FDIC 1 | A | Interest | J | T | | | | | |
| 25. Regions Bank CD | A | Dividend | K | T | | | | | |
| 26. Cisco Systems | A | Interest | J | T | | | | | |
| 27. Webster Parish School (Bond)____ (X) | B | Interest | K | T | | | | | |
| 28. Urstadt Biddle Properties ____ | A | Dividend | J | T | | | | | |
| 29. Edge Petrolem | A | Royalty | J | T | | | | | |
| 30. Home Bank Stock | A | Dividend | K | T | | | | | |
| 31. Alabama Power | A | Interest | | | Matured | 04/02/12 | J | | |
| 32. Western Asset | A | Interest | J | T | | | | | |
| 33. Hancock Holding | A | Dividend | K | T | | | | | |
| 34. Municipal Bond New Orleans, LAPublic Improvement ____ (X) | A | Interest | | | Matured | 03/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Montag &Caldwell Growth (IRA-___) (X) | A | Dividend | J | T | | | | | |
| 36. Marathon Pete Corp | A | Dividend | J | T | | | | | |
| 37. General Electric | A | Dividend | J | T | | | | | |
| 38. Drey Gen | A | Dividend | J | T | | | | | |
| 39. Vanguard Dividend Growth Fund | B | Dividend | J | T | Buy | 10/15/12 | J | | |
| 40. | | | | | Buy | 10/15/12 | L | | |
| 41. Van Total Stock Mkt Idx Inv | B | Dividend | L | T | Sold (part) | 10/15/12 | K | | |
| 42. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 43. FD20 Regions FDIC 1 | A | Interest | J | T | | | | | |
| 44. FD21 Regions FDIC 2 | A | Interest | J | T | | | | | |
| 45. Entergy LA LLC | A | Interest | J | T | | | | | |
| 46. Goldman Sachs | A | Interest | K | T | Open | 3/28/12 | K | | |
| 47. Livingston Parish (X) | A | Interest | J | T | | | | | |
| 48. Louisiana State Gas (X) | B | Interest | J | T | | | | | |
| 49. Terrebonne Parish (X) | A | Interest | J | T | | | | | |
| 50. Van Target Retirement ___ | D | Dividend | N | T | Sold (part) | 10/15/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 10/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#48 - Inadvertently omitted the purchase on 3/29/11.#

# 37 General Electric is duplicate of #22, General Electric Capital Corp.

#38 Drey Gen was an oversight.

# 41 and 42 are the same asset as # 8.

# 43 and # 44 are the same as #24 and #25.

# 45 is same as # 15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544